UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH B. MARTIN, CHARLES N. CODY, SR., BOBBY D. HARPER, SAMMIE L. SIAS, KENNETH L. WILLIAMS, A.J. SAUNDERS, MELVIN IVEY, GAIL HICKS, AND JOE E. HOWARD, | ) ) ) ) ) ) ) | |
| PLAINTIFFS | ) | |
| V. | ) | CASE NO. CV112-0058 |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, COMMISSION; DEKE S. COPENHAVER, in his official capacity As Mayor of Augusta-Richmond County; RICHMOND COUNTY, GEORGIA BOARD OF EDUCATION; ALEX HOWARD, in his official Capacity as President of the Richmond County Board of Education; And LYNN BAILEY, in her official Capacity as Executive Director of The Richmond County Board of Elections; DAVID RALSTON, in his official capacity as Speaker of the Georgia House of Representatives; and TOMMIE WILLIAMS, in his official capacity as President Pro Tempore of the Georgia Senate, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS | ) | |

**JOINT NOTICE RE. APPOINTMENT OF TECHNICAL ADVISOR TO THE COURT**

COME NOW Augusta-Richmond County, Georgia, Commission, and Deke S. Copenhaver, in his official capacity as Mayor of Augusta-Richmond County

1

(hereafter collectively referred to as "Augusta-Richmond County"), the County Board of Education of Richmond County, defendant in the above-captioned matter incorrectly designated as the "Richmond County, Georgia Board of Education" (hereafter the "Board"), and Alex Howard, in his official capacity as President of the Richmond County Board of Education (hereafter "Board defendants"), and Lynn Bailey, in her official capacity as Executive Director of the Richmond County Board of Elections, defendants in the above-captioned matter, and hereby provide notice that these defendants have no objection to the appointment of the Georgia Legislative and Congressional Reapportionment Office (and its necessary staff to include Gina Wright, redistricting specialist) as a technical advisor to the Court.

These defendants also take this opportunity to advise the Court that the local AD Hoc Committee, which previously engaged in extensive efforts to facilitate reapportionment by the Georgia Legislature, likewise determined that the assistance of an expert with specialized mapping skills could provide essential services to the Committee as it attempted to prepare a proposed redistricting plan which would properly reapportion the voting districts of Richmond County. To that end, the AD Hoc Committee retained the services of Linda Meggers who formerly worked for many years in the Georgia Legislative and Congressional

Reapportionment Office, and who, like Gina Wright, has specialized mapping skills and extensive experience in the preparation of redistricting plans.  Linda Meggers worked closely with the AD Hoc Committee in the preparation of multiple reapportionment plan options, and she provided valuable assistance to the Committee as it attempted to perform its work.

Respectfully submitted, this 15th day of May, 2012.

COUNSEL FOR AUGUSTA-RICHMOND COUNTY, GEORGIA COMMISSION, AND DEKE S. COPENHAVER, in his official capacity as Mayor of Augusta-Richmond County; and LYNN BAILEY, in her official capacity as Executive Director of the Richmond County Board of Elections:

s/Andrew G. MacKenzie
STATE BAR NO. 463938
s/Wayne Brown
STATE BAR NO.  089655
AUGUSTA LAW DEPARTMENT
520 Greene Street
Augusta, GA 30901
706/842-5554

COUNSEL FOR BOARD DEFENDANTS:

s/Leonard O. Fletcher, Jr.
STATE BAR NO. 264000
FLETCHER, HARLEY & FLETCHER
3529 Walton Way Extension
Augusta, GA  30909
706/724-0558
lofletcher@fhfllp.com

3

        s/Troy A. Lanier
        STATE BAR NO. 437775
        TUCKER, EVERITT, LONG, BREWTON & LANIER
        Post Office Box 2426
        Augusta, GA  30903
        706/722-0771
        tlanier@thefirm453.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 15th day of May, 2012, a copy of the foregoing was served in accordance with the ECF procedures.

                              <u>s/ Troy A. Lanier</u>
                              GA. State Bar No. 437775
                              Attorney for Board Defendants
                              Tucker, Everitt, Long, Brewton & Lanier
                              P. O. Box 2426
                              Augusta, GA 30903
                              (706) 722-0771
                              tlanier@thefirm453.com