IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH B. MARTIN; CHARLES N. CODY, SR.; BOBBY D. HARPER; SAMMIE L. SIAS; KENNETH L. WILLIAMS; A.J. SAUNDERS; MELVIN IVEY; GAIL HICKS; AND JOE E. HOWARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUGUSTA-RICHMOND COUNTY, GEORGIA, COMMISSION; DEKE S. COPENHAVER, in his official capacity as Mayor of Augusta-Richmond County; RICHMOND COUNTY, GEORGIA, BOARD OF EDUCATION; ALEX HOWARD, in his official capacity as President of the Richmond County Board of Education; and LYNN BAILEY, in her official capacity as Executive Director of the Richmond County Board of Elections.<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | CV 112-058 |

**O R D E R**

This reapportionment case was initiated due to population shifts in Richmond County, Georgia which were revealed by the decennial 2010 census. Plaintiffs filed suit pursuant to 42 U.S.C. § 1983 and the Equal Protection Clause of the Fourteenth Amendment seeking declaratory, injunctive, and remedial relief

relating to the reapportionment of the districts for the Augusta-Richmond County Commission ("County Commission") and the County Board of Education of Richmond County ("Board of Education"). (Doc. no. 1.)

In this Court's May 16, 2012 Order, the Court declared that the existing districts for the County Commission and Board of Education were unconstitutional because they violated the "one person, one vote" principle. Accordingly, the Court enjoined further use of those unconstitutional districts and enjoined the County Board of Elections from accepting qualifications and conducting elections under the existing malapportioned County Commission and Board of Education district maps. Finally, the qualifying dates for the County Commission and Board of Education seats subject to this election cycle, scheduled for May 23-25, 2012, were delayed until further order of this Court.

As indicated at the injunction hearing held on May 16, 2012, the Court has now drawn a preliminary map for the eight County Commission and Board of Education single member districts and a preliminary map for the two super districts based on the 2010 census results. The preliminary maps are presented for review by the parties and attached to this Order as the Court's Exhibits A and B. The parties shall have until **5:00 P.M. on Wednesday, June 13, 2012,** to file written comments regarding the preliminary maps attached to this Order. Following a review of

any comments, the Court will adopt final remedial maps and set qualifying dates for the County Commission and Board of Education seats with terms expiring December 31, 2012.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of June, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# Court's Exhibit A

Preliminary Remedial Map for Eight County Commission and Board of Education Single Member Districts

# Richmond County Commission and School Board Districts - as drawn by Federal Court



Plan Name: **FedCt-RichCCSB-2012**  Plan Type: **Local**  User: **Gina**  Administrator: **FEDCT**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 25,126 | 57 | 0.23% | 17,061 | 67.90% | 342 | 17,403 | 69.26% | 518 | 2.06% |
| | VAP | 19,530 | | | 12,611 | 64.57% | 148 | 12,759 | 65.33% | 358 | 1.83% |
| 002 | | 25,049 | -20 | -0.08% | 17,596 | 70.25% | 342 | 17,938 | 71.61% | 773 | 3.09% |
| | VAP | 18,710 | | | 12,568 | 67.17% | 159 | 12,727 | 68.02% | 503 | 2.69% |
| 003 | | 25,081 | 12 | 0.05% | 10,161 | 40.51% | 391 | 10,552 | 42.07% | 1,118 | 4.46% |
| | VAP | 19,923 | | | 7,584 | 38.07% | 203 | 7,787 | 39.09% | 814 | 4.09% |
| 004 | | 25,027 | -42 | -0.17% | 17,060 | 68.17% | 610 | 17,670 | 70.60% | 1,731 | 6.92% |
| | VAP | 17,981 | | | 11,717 | 65.16% | 293 | 12,010 | 66.79% | 1,250 | 6.95% |
| 005 | | 25,038 | -31 | -0.12% | 18,185 | 72.63% | 463 | 18,648 | 74.48% | 1,115 | 4.45% |
| | VAP | 18,147 | | | 12,589 | 69.37% | 215 | 12,804 | 70.56% | 732 | 4.03% |
| 006 | | 25,078 | 9 | 0.04% | 13,149 | 52.43% | 459 | 13,608 | 54.26% | 869 | 3.47% |
| | VAP | 18,298 | | | 9,030 | 49.35% | 160 | 9,190 | 50.22% | 548 | 2.99% |
| 007 | | 24,955 | -114 | -0.45% | 6,858 | 27.48% | 354 | 7,212 | 28.90% | 1,063 | 4.26% |
| | VAP | 20,188 | | | 5,071 | 25.12% | 151 | 5,222 | 25.87% | 778 | 3.85% |
| 008 | | 25,195 | 126 | 0.50% | 8,563 | 33.99% | 397 | 8,960 | 35.56% | 1,020 | 4.05% |
| | VAP | 18,467 | | | 5,961 | 32.28% | 141 | 6,102 | 33.04% | 647 | 3.50% |

Total Population: 200,549
Ideal Value: 25,069
**Summary Statistics**
Population Range: 24,955 to 25,195
Absolute Overall Range: 240
Relative Range: -0.45% to 0.50%
Relative Overall Range: 0.96%

DATA SOURCE: 2010 US Census PL94-171 Population Cou          1

# Court's Exhibit B

Preliminary Remedial Map for Two Super Districts

# Richmond County Commission and School Board Super Districts- as drawn by Federal Court



Plan Name: **FedCt-RichCCSB-Sup-2012**  Plan Type: **Local**  User: **Gina**  Administrator: **FEDCT**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 | | 100,240 | -35 | -0.03% | 69,902 | 69.73% | 1,757 | 71,659 | 71.49% | 4,137 | 4.13% |
| | VAP | 74,368 | | | 49,485 | 66.54% | 815 | 50,300 | 67.64% | 2,843 | 3.82% |
| 010 | | 100,309 | 34 | 0.03% | 38,731 | 38.61% | 1,601 | 40,332 | 40.21% | 4,070 | 4.06% |
| | VAP | 76,876 | | | 27,646 | 35.96% | 655 | 28,301 | 36.81% | 2,787 | 3.63% |

Total Population: 200,549
Ideal Value: 100,275

**Summary Statistics**
Population Range: 100,240 to 100,309
Absolute Overall Range: 69
Relative Range: -0.03% to 0.03%
Relative Overall Range: 0.07%